**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.  CORRINE McCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-1019-D |
| | ) | |
| 1.  GARAGE DOOR SERVICES OF HOUSTON, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL**

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 28th DAY OF JUNE, 2017.**


s/ Amber L. Hurst
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
Leah M. Roper, OBA No. 32107
HAMMONS GOWENS HURST &
 ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

s/ C. Scott Jones
(Signed by filing counsel with permission)
Malinda S. Matlock, OBA No. 14108
C. Scott Jones, OBA No. 21248
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN
P.O. Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email: mmatlock@piercecouch.com
         sjones@piercecouch.com
*Attorneys for Defendant*